### Alpha SMITH v. COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.
Nov. 16, 1951.

Henry Rupert Wilhoit, Grayson, for movant.

A. E. Funk, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.
Appeal denied. Judgment affirmed.